1  TERI T. PHAM (SBN 193383)
   *tpham@enensteinlaw.com*
2  **ENENSTEIN PHAM & GLASS LLP**
   650 Town Center Dr., Suite 840
3  Costa Mesa, CA 92626
   Phone:  (714) 292-0262
4  Fax:      (714) 464-4770

5  JASON NUNNERMACKER (Pro Hac Vice Application Pending)
   *jnunnermacker@adgmlaw.com*
6  **GUAGLARDI & MELITI, LLP**
   365 West Passaic Street, Suite 130
7  Rochelle Park, NJ 07662
   Phone:  (201) 374-9090
8  Fax:      (201) 947-1010

9  *Attorneys for Defendant Dealer Loyalty Protection, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN WEBB, an individual; and EDGAR GARCIA, an individual; on behalf of themselves and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PELICAN INVESTMENT HOLDINGS GROUP, LLC d/b/a AAP, GUS RENNY, an individual and Corporate Office; DEALER LOYALTY PROTECTION, INC., a New Jersey Corporation; AUTO KNIGHT MOTOR CLUB, INC., a California Corporation; THE FORTEGRA GROUP, LLC, a Delaware Limited Liability Company; TIPTREE INC., a Maryland Corporation; and SING For Service, LLC d/b/a MEPCO, an Illinois Limited Liability Company; and DOES 1 through 50, inclusive <br><br> Defendants. | Case No. 8:22-cv-699 <br><br> **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)** <br><br> **(FEDERAL QUESTION)** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that defendant Dealer Loyalty Protection, Inc. ("DLP") hereby removes to this Court the state court action described below:

1. On January 28, 2022, an action was commenced in the Superior Court of the State of California in and for the County of Orange, entitled *Edgar Garcia vs. Pelican Investment Holdings Group, LLC*, as case number 30-2022-01243103-CU-MC-CXC (the "State Court Action"). Attached hereto as **Exhibit A** is a copy of the Complaint.

2. DLP has not yet been served in the State Court Action; however, DLP received a copy of the State Court Action Complaint on or about March 14, 2022.

3. Attached hereto as **Exhibit B** are all other pleadings and papers filed and/or served in this matter to date, along with a copy of the State Court Action docket/register of actions.

4. This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by DLP pursuant to the provisions of 28 U.S.C. § 1441(a) in that it arises under 27 U.S.C. § 227, et seq. (Telephone Consumer Protection Act).

5. All Defendants, including those properly joined and served, have indicated their consent to this removal.

6. In compliance with 28 U.S.C. § 1446(d), DLP will properly serve Plaintiffs and the Clerk in the State Court Action.

DATED: March 31, 2022.

                                                      **ENENSTEIN PHAM & GLASS**

                                                      By: _____
                                                              Teri T. Pham
                                                               Attorneys for Defendant
                                                                Dealer Loyalty Protection, Inc.