**KILPATRICK TOWNSEND & STOCKTON LLP**
Raymond O. Aghaian (State Bar No. 218294)
raghaian@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone:310 248 3830 / Facsimile: 310 860 0363

Sarah F. Glendon (State Bar No. 329670)
sglendon@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone:415.576-0200 / Facsimile: 415.576.0300

Attorneys for Defendants
**THE FORTEGRA GROUP, LLC, TIPTREE, INC. AND AUTO KNIGHT MOTOR CLUB**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR GARCIA, an individual; and DEAN WEBB, an individual; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PELICAN INVESTMENT HOLDINGS GROUP, LLC d/b/a AAP, a Delaware Limited Liability Company; GUS RENNY, an individual and Corporate Officer; DEALER LOYALTY PROTECTION, LLC, a Delaware Limited Liability Company; AUTO KNIGHT MOTOR CLUB, INC., a California Corporation; THE FORTEGRA GROUP, LLC, a Delaware Limited Liability Company; TIPTREE INC., a Maryland Corporation; and SING For Service, LLC d/b/a MEPCO, an Illinois Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 8:22-cv-00699-CJC-ADS<br><br>**DECLARATION OF VAJIRA SAMARARATNE IN SUPPORT OF DEFENDANTS' MOTION TO STAY PENDING ARBITRATION**<br><br>**CLASS ACTION**<br><br>Hearing Date: June 6, 2022<br>Time:    1:30 p.m.<br>Ctrm.:   9B<br>Judge:   Hon. Cormac J. Carney<br><br>Complaint Filed:   March 31, 2022 |

I, Vajira Samararatne, declare:

1. My name is Vajira Samararatne. I am over the age of 21 and competent to give testimony. The following facts are based on my personal knowledge and review of relevant Pelican Investment Holdings Group, LLC's ("Pelican") business records, including knowledge gained in my positions as Director of Operations.

2. On October 2, 2021, Dean Webb consented in writing to receiving telephone solicitations related to auto service contracts by entering his name (Dean Adam Alexander Webb), email address (dean.webb2442@gmail.com), and telephone number (9092538943) into an opt-in form on http://policy-hub.com. On or about October 6, 2021, Pelican contacted Mr. Webb. A true and correct copy of the opt-in form and contact report is attached as **Exhibit A**.

3. During that call, Mr. Webb agreed to purchase a motor club membership and made a down payment of $295.00 by credit card. A true and correct copy of the receipt of payment is attached as **Exhibit B**.

4. Following receipt of payment, Mr. Webb (dean.webb2442@gmail.com) received an email from privacy@policy-hub.com with the subject "Auto Service Contract Confirmation" and the message "Please use this link to download your confirmation." Mr. Webb clicked the link and downloaded the Ultimate Smart Club Agreement ("Agreement). Mr. Webb then scrolled through the Agreement and assented to its terms by clicking "Agree." A true and correct copy of Pelican's business record confirming Mr. Webb's consent to the Agreement is attached as **Exhibit C**.

5. The Agreement is attached as **Exhibit D**. The Agreement includes an Arbitration Agreement and Class Action Waiver.

6. Mr. Webb did not exercise his right to opt out of the Arbitration Agreement and Class Action Waiver by providing written notice to Auto Knight

1  Motor Club within 30 days.

2  7. Pelican has no record of placing any call to Edgar Garcia or receiving
3  any money from Edgar Garcia.

4  8. During an April 22, 2022 conference, Plaintiff's counsel provided
5  Defendants with Mr. Garcia's phone number. Pelican's records indicate that a Mr.
6  Gregory Meyer opted in to receive calls at that number. Mr. Meyer purchased a
7  motor club membership from Pelican and agreed to all terms and condition,
8  including the Arbitration Agreement. A true and correct copy of Mr. Meyer's opt-in
9  form and contract report are attached as **Exhibit E**.

10 9. When presented with records showing that Mr. Meyer (and not Mr.
11 Garcia) received a call and purchased a motor club membership, counsel for
12 Plaintiffs did not respond.

13 I declare under penalty of perjury that the foregoing is true and correct, and
14 stated of my own personal knowledge.

15 Executed on this 29th day of April, 2022 at Los Angeles, California.



VAJIRA SAMARARATNE

- 2 -