# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN WEBB, an individual; and EDGAR GARCIA, an individual; on behalf of themselves and all others similarly situated,<br><br>           Plaintiff,<br>   v.<br><br>PELICAN INVESTMENT HOLDINGS GROUP, LLC d/b/a AAP, GUS RENNY, an individual and Corporate Office; DEALER LOYALTY PROTECTION, INC., a New Jersey Corporation; AUTO KNIGHT MOTOR CLUB, INC., a California Corporation; THE FORTEGRA GROUP, LLC, a Delaware Limited Liability Company; TIPTREE INC., a Maryland Corporation; and SING For Service, LLC d/b/a MEPCO, an Illinois Limited Liability Company; and DOES 1 through 50, inclusive<br><br>           Defendants. | Case No. 8:22-cv-00699-CJC-ADS<br><br>**ORDER ON JOINT STIPULATION TO CONTINUE PLAINTIFFS' CURRENT MOTION TO SEPTEMBER 19, 2022 (L.R. 7-11)** |

    The Court, having considered the parties' Joint Stipulation to Continue Plaintiffs Dean Webb and Edgar Garcia ("Plaintiffs")'s Current Motion to September 19, 2022 (L.R. 7–11) (the "Motion") and finding good cause shown,

now finds that the hearing on Plaintiffs' Motion [27], currently set for August 22, 2022, is moved to **September 19, 2022 at 1:30 p.m.** Consequently, Defendants Pelican Investment Holdings Group, LLC, d/b/a AAP, Gus Renny, Dealer Loyalty Protection, Inc., Auto Knight Motor Club, Inc., The Fortegra Group, LLC, Tiptree Inc., and Sing for Service, LLC d/b/a MEPCO's opposition and Plaintiffs' reply to the Motion are now due on August 12, 2022, and September 5, 2022 respectively.

**IT IS SO ORDERED**.

DATED: August 3, 2022

_____
Honorable Cormac J. Carney
United States District Court Judge