UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 10 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DEAN WEBB, an individual and EDGAR GARCIA, an individual, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs - Appellees,<br><br> v.<br><br>AUTO KNIGHT MOTOR CLUB, INC., a California Corporation,<br><br>　　　　Defendant - Appellant,<br><br> and<br><br>DEALER LOYALTY PROTECTION, INC., a Wyoming Corporation; et al.,<br><br>　　　　Defendants. | No. 22-56153<br><br>D.C. No. 8:22-cv-00699-CJC-ADS<br>U.S. District Court for Central California, Santa Ana<br><br>**MANDATE** |
| DEAN WEBB, an individual and EDGAR GARCIA, an individual, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs - Appellees,<br><br> v.<br><br>DEALER LOYALTY PROTECTION, | No. 22-56169<br><br>D.C. No. 8:22-cv-00699-CJC-ADS<br>U.S. District Court for Central California, Santa Ana |

INC., a Wyoming Corporation and RICHARD BENEVENTO, an individual and Corporate Agent,

        Defendants - Appellants,

and

AUTO KNIGHT MOTOR CLUB, INC., a California Corporation; et al.,

        Defendants.

---

DEAN WEBB, an individual and EDGAR GARCIA, an individual, on behalf of themselves and all others similarly situated,

        Plaintiffs - Appellees,

  v.

PELICAN INVESTMENT HOLDINGS GROUP, LLC, a Delaware Limited Liability Company, DBA AAP,

        Defendant - Appellant,

and

DEALER LOYALTY PROTECTION, INC., a Wyoming Corporation; et al.,

        Defendants.

No. 22-56177

D.C. No. 8:22-cv-00699-CJC-ADS

U.S. District Court for Central California, Santa Ana

---

DEAN WEBB, an individual and EDGAR GARCIA, an individual, on

No. 22-56193

| | |
|---|---|
| behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>SING FOR SERVICE, LLC, an Illinois Limited Liability Company, DBA MEPCO,<br><br>　　　　Defendant - Appellant,<br><br>　and<br><br>DEALER LOYALTY PROTECTION, INC., a Wyoming Corporation; et al.,<br><br>　　　　Defendants. | D.C. No. 8:22-cv-00699-CJC-ADS<br>U.S. District Court for Central California, Santa Ana |

The judgment of this Court, entered September 18, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　CLERK OF COURT