1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR GARCIA and DEAN WEBB, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PELICAN INVESTMENT HOLDINGS GROUP, LLC d/b/a AAP; GUS RENNY; DEALER LOYALTY PROTECTION LLC; AUTO KNIGHT MOTOR CLUB, INC.; THE FORTEGRA GROUP, LLC; TIPTREE INC.; SING FOR SERVICE, LLC d/b/a MEPCO; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: **8:22-cv-00699-CJC-ADS**<br><br>**CLASS ACTION**<br><br>**ORDER ON JOINT STATUS REPORT**<br><br>Complaint Filed: Mach 31, 2022<br>Complaint Amended: May 20, 2022 |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    The Court, having considered the Joint Status Report [Dkt. 99] and finding

2  good cause shown, orders plaintiffs Edgar Garcia and Dean Webb ("Plaintiffs")

3  along with Defendants Auto Knight Motor Club ("Auto Knight"), Dealer Loyalty

4  Protection, Inc. ("DLP"), Sing For Service, LLC d/b/a Mepco ("Mepco"), and

5  Pelican Investment Holdings, LLC ("Pelican") (collectively, "Defendants") to

6  submit simultaneous supplemental briefs to the Court addressing the instructions

7  from the Ninth Circuit Court of Appeals in its Memorandum [Dkt. 95], including

8  any new relevant law or facts [Dkt. 38]. Plaintiffs and Defendants are to submit

9  initial briefing, consisting of no more than fifteen (15) pages, on November 3, 2023,

10  with responses of no more than ten (10) pages filed no later than November 17,

11  2023. A hearing in front of the Court regarding the issues discussed in the

12  supplemental briefs will take place on **December 4, 2023, at 1:30 p.m.**

**IT IS SO ORDERED.**

DATED: October 18, 2023

_____
Honorable Cormac J. Carney
United States District Judge