**KILPATRICK TOWNSEND & STOCKTON LLP**
Raymond O. Aghaian (SBN 218294)
raghaian@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
Tel: 310 248 3830/ Fax: 310 860 0363

Jeffrey H. Fisher (*pro hac vice*)
jfisher@kilpatricktownsend.com
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Tel: 404 815 6500 / Fax: 404 815 6555

Attorneys for Defendants
**THE FORTEGRA GROUP, LLC,
TIPTREE, INC.
AND AUTO KNIGHT MOTOR
CLUB**

**LOEB & LOEB LLP**
Benjamin R. King (SBN 205447)
bking@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorney For Defendant
**SING FOR SERVICE, LLC
d/b/a MEPCO**

**ENENSTEIN PHAM GLASS & RABBAT LLP**
Teri T. Pham (SBN 193383)
tpham@EPGRLawyers.com
3200 Bristol Street, Suite 500
Costa Mesa, CA 92626
Phone: (714) 292-0262
Fax:   (714) 464-4770

**GUAGLARDI & MELITI, LLP**
Jason Nunnermacker (*pro hac vice*)
jnunnermacker@adgmlaw.com
365 West Passaic Street, Suite 130
Rochelle Park, NJ 07662
Phone: (201) 374-9090
Fax:   (201) 947-1010

Attorneys for Defendants
**DEALER LOYALTY PROTECTION,
INC. AND RICHARD BENEVENTO**

**BECKSTRAND LAW OFFICES**
Dwight Beckstrand (SBN 256006)
dwight@beckstrandlaw.com
1339 W Darien Way
Santa Maria, California 93458
P: 805-235-7150
F: 800-317-0357

Attorney For Defendants
**PELICAN INVESTMENT
HOLDINGS, LLC AND GUS RENNY**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| EDGAR GARCIA, an individual; and DEAN WEBB, an individual; on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>PELICAN INVESTMENT HOLDINGS GROUP, LLC , a Delaware Limited Liability Company, d/b/a AAP; and AUTO SERVICE DEPARTMENT; GUS RENNY, an individual and Corporate Agent; DEALER LOYALTY PROTECTION, INC., a Wyoming Corporation; RICHARD BENEVENTO, an individual and Corporate Agent; AUTO KNIGHT MOTOR CLUB, INC., a California Corporation; THE FORTEGRA GROUP, LLC, a Delaware Limited Liability Company; TIPTREE INC., a Maryland Corporation; and SING For Service, LLC d/b/a MEPCO, an Illinois Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No. 8:22-cv-00699-CJC-ADS<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR CONTINUANCE**<br><br>Date: December 4, 2023<br>Time: 1:30 p.m.<br>Dept: 9, Santa Ana Courthouse<br>Before Hon. Cormac J. Carney<br><br>Complaint Filed: March 31, 2022<br>Complaint Amended: May 20, 2022 |

Through this filing, Defendants respond to Plaintiffs' Motion for Continuance. [Dkt. 105]. Plaintiffs seek to continue the post-remand hearing from the date the parties agreed to in the October 13 Joint Status Report (December 4, 2023) to December 11, 2023. Plaintiffs did not confer with Defendants about an alternate date, and counsel for multiple Defendants have conflicts on December 11, 2023.

Because Defendants remain available on December 4, 2023, they took no position on the Motion for Continuance and continue to take no position on it. In addition, Defendants recently attempted to confer with Plaintiffs about an alternate date in the event the Court grants Plaintiffs' Motion to Continue.  As of the time of this filing, however, Plaintiffs' counsel has not yet responded.

In the event the Court is inclined to grant a continuance, Defendants respectfully request the post-remand hearing be held on either January 8, 2024 or January 29, 2024.

DATED: November 28, 2023    Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By: */s/ Jeffrey H. Fisher*
    JEFFREY H. FISHER

Attorneys for Defendants
**THE FORTEGRA GROUP, LLC, TIPTREE, INC. AND AUTO KNIGHT MOTOR CLUB**


DATED: November 28, 2023    LOEB & LOEB LLP


By: */s/ Benjamin R. King*
    BENJAMIN R. KING

Attorney for Defendant
**SING FOR SERVICE, LLC d/b/a MEPCO**

| | | |
|---|---|---|
| 1 | DATED: November 28, 2023 | ENENSTEIN PHAM GLASS & RABBAT LLP |
| 2 | | |
| 3 | | By:/s/ *Teri T. Pham* |
| 4 | | TERI T. PHAM |
| | | Attorneys for Defendants |
| 5 | | **DEALER LOYALTY PROTECTION, INC. AND RICHARD BENEVENTO** |
| 6 | | |
| 7 | DATED: November 28, 2023 | BECKSTRAND LAW OFFICES |
| 8 | | |
| 9 | | By:/s/ *Dwight Beckstrand* |
| 10 | | DWIGHT BECKSTRAND |
| 11 | | Attorney For Defendants |
| 12 | | **PELICAN INVESTMENT HOLDINGS, LLC AND GUS RENNY** |

**ATTESTATION OF E-FILED SIGNATURE**

I, Jeffrey H. Fisher, am the ECF User whose ID and password are being used to file this **DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR CONTINUANCE**. In compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that counsel for Defendants have concurred in this filing.

*/s/ Jeffrey H. Fisher*
Jeffrey H. Fisher

22867079V.3