GENE J. STONEBARGER (Cal. State Bar No. 209461)
gstonebarger@stonebargerlaw.com
STONEBARGER LAW, APC
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: (916) 235-7140

MICHAEL E. VINDING (Cal. State Bar No. 178359)
mvinding@bradyvinding.com
BRADY & VINDING
400 Capitol Mall, Suite 2640
Sacramento, CA 95814
Telephone: (916) 446-3400

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| EDGAR GARCIA, an individual; and DEAN WEBB, an individual; on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> PELICAN INVESTMENT HOLDINGS GROUP, LLC, a Delaware Limited Liability Company, d/b/a AAP and AUTO SERVICE DEPARTMENT; GUS RENNY, an individual and Corporate Agent; DEALER LOYALTY PROTECTION, INC., a Wyoming Corporation; RICHARD BENEVENTO, an individual and Corporate Agent, AUTO KNIGHT MOTOR CLUB, INC., a California Corporation; THE FORTEGRA GROUP, LLC, a Delaware Limited Liability Company; TIPTREE INC., a Maryland Corporation; and SING For Service, LLC d/b/a MEPCO, an Illinois Limited Liability Company; and DOES 1 through 50, inclusive <br><br> Defendants. | Case No.: 8:22-CV-00699 CJC (ADSx) <br><br> **STIPULATION OF DISMISSAL OF ENTIRE ACTION** |

STIPULATION OF DISMISSAL OF ENTIRE ACTION

Pursuant to the Federal Rules of Civil Procedure ("FRCP") Rule 41(a)(1)(ii), Plaintiffs EDGAR GARCIA and DEAN WEBB ("Plaintiffs"), and PELICAN INVESTMENT HOLDINGS GROUP, LLC, a Delaware Limited Liability Company, d/b/a AAP and AUTO SERVICE DEPARTMENT; GUS RENNY, an individual and Corporate Agent; DEALER LOYALTY PROTECTION, INC., a Wyoming Corporation; RICHARD BENEVENTO, an individual and Corporate Agent, AUTO KNIGHT MOTOR CLUB, INC., a California Corporation; THE FORTEGRA GROUP, LLC, a Delaware Limited Liability Company; TIPTREE INC., a Maryland Corporation; and SING For Service, LLC d/b/a MEPCO, an Illinois Limited Liability Company ("Defendants") by and through their undersigned counsel, hereby stipulate and agree to the dismissal of the entire action, with DISMISSAL WITH PREJUDICE of all individual claims of Plaintiffs in this action and the DISMISSAL WITHOUT PREJUDICE to the claims of unnamed putative class members, with each party to bear its own costs and fees. This concludes the litigation.

DATED: February 26, 2025    **STONEBARGER LAW, APC**

**BRADY & VINDING**

By: /s/ Gene J. Stonebarger
Gene J. Stonebarger
Attorneys for Plaintiffs

DATED: February 26, 2025    **ENENSTEIN PHAM & GLASS**

By: /s/ Teri T. Pham
Teri T. Pham
Attorneys for Defendant
Dealer Loyalty Protection, Inc.

| | | |
|---|---|---|
| 1 | DATED: February 26, 2025 | **BECKSTRAND LAW OFFICES** |
| 2 | | |
| 3 | | By:   /s/ Dwight Beckstrand |
| | | Dwight Beckstrand |
| 4 | | Attorneys for Defendants |
| 5 | | Pelican Investment Holdings Group, LLC, d/b/a AAP and Gus Renny |
| 6 | | |
| 7 | DATED: February 26, 2025 | **KILPATRICK TOWNSEND & STOCKTON** |
| 8 | | |
| 9 | | By:   /s/ Jeffrey H. Fisher |
| 10 | | Jeffrey H. Fisher |
| 11 | | Attorneys for Defendants |
| | | The Fortegra Group, LLC, Auto |
| 12 | | Knight Motor Club, Inc., and Tiptree Inc. |
| 13 | | |
| 14 | | |
| 15 | DATED: February 26, 2025 | **LOEB & LOEB LLP** |
| 16 | | |
| 17 | | By:   /s/ Benjamin King |
| | | Benjamin King |
| 18 | | Attorneys for Defendant |
| | | SING for Service, LLC d/b/a MEPCO |

STONEBARGER LAW
A Professional Corporation

-2-
STIPULATION OF DISMISSAL OF ENTIRE ACTION

1
2
3
4   Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

5
6   DATED: February 26, 2025

By:  /s/ Gene J. Stonebarger
Gene J. Stonebarger
Attorney for Plaintiffs

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STONEBARGER LAW
A Professional Corporation